| AO-10<br>Rev. 1/2004 | **FINANCIAL DISCLOSURE REPORT**<br>Calendar Year 2003 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (Last name, First name, Middle initial)<br>Houston, John A | 2. Court or Organization<br>Southern District of Californi | 3. Date of Report<br>5/14/2004 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br>U. S. District Court | 5. ReportType (check appropriate type)<br>◯ Nomination, Date 5/14/2004<br>◯ Initial ⦿ Annual ◯ Final | 6. Reporting Period<br>1/1/2003<br>to<br>12/31/2003 |
| 7. Chambers or Office Address<br>940 Front Street<br>Suite 1118<br>San Diego, CA 92101-1118 | 8. On the basis of the information contained in this Report and any<br>modifications pertaining thereto, it is, in my opinion, in compliance<br>with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Co-Trustee | Trust |
| 2. | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE** - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

RECEIVED May 18 11 26 AM '04 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☑ NONE  - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☐ NONE  - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | Milestone, Inc. Oceanside, CA (consulting) |
| 2. | Self Employed (consultant/clinical psychologist) |
| 3. | ERM, San Diego, CA (consulting) |
| 4. | Alliant University, San Diego, CA (teaching) |
| 5. | Center For Creative Leadership, La Jolla ,CA |
| 6. | County of San Diego, CA - Juvenile Hall (testing/evaluations) |
| 7. | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Houston, John A | 5/14/2004 |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ NONE  - (No such reportable reimbursements.)

|  | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Houston, John A | 5/14/2004 |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE - (No such reportable gifts.)

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☐ NONE - (No reportable liabilities.)

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Chase Gold | Credit Card | K |
| 2. | Pentagon Federal Credit Union | — Mortgage- Rental Property - Birmingham,AL (cntd Part 8 | K |
| 3. | Bank One | Credit Card | K |
| 4. | Citibank | Credit Card | J |
| 5. | | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Rental Property, Birmingham, AL | C | Rent | K | W | | | | | |
| 2. San Diego Gas & Electric (Sempra) | A | Dividend | J | T | | | | | |
| 3. San Diego Gas & Electric (Sempra) | A | Dividend | J | T | | | | | |
| 4. Templeton World Fund-Class I (Mutual Fund) | A | Dividend | J | T | Redemption | 10/15 | J | A | |
| 5. Templeton Global Small-Cap Class I (Mutual Fund) | A | Dividend | J | T | Redemption | 10/15 | J | A | |
| 6. Oppenheimer Capital Appreciation Mutual Fund-IRA | B | Dividend | J | T | | | | | |
| 7. Equitable Modified Premium Variable Whole Life | A | Dividend | J | T | surrendered | 03/15 | J | C | |
| 8. Equitable Modified Premium Variable Whole Life | A | Dividend | J | T | surrendered | 03/15 | J | C | |
| 9. Fidelity Funds - IRA | D | Dividend | M | T | | | | | |
| 10. — Fidelity Contrafund (Mutual Fund) | | | | | | | | | |
| 11. - Fidelity Equity Income II (Mutual Fund) | | | | | | | | | |
| 12. — Fidelity Contrafund (Mutual Fund) | | | | | | | | | |
| 13. — Fidelity Equity Income II (Mutual Fund) | | | | | | | | | |
| 14. Trust | E | Dividend | M | T | | | | | |
| 15. - McDonalds Common Stock | | | | | partial sell | 10/15 | J | A | |
| 16. - AT&T (Common Stock) | | | | | | | | | |
| 17. - Alcoa (Common Stock) | | | | | | | | | |
| 18. - Merck (Common Stock) | | | | | partial sell | 10/15 | J | A | |

1. Income/Gain Codes:   A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000
3. Value Method Codes:   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2)   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Houston, John A | 5/14/2004 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. - Coca-Cola (Common Stock) | | | | | partial sell | 10/15 | J | A | |
| 20. - Goodyear (Common Stock) | | | | | | | | | |
| 21. - 3M (Common Stock) | | | | | | | | | |
| 22. - Caterpillar (Common Stock) | | | | | | | | | |
| 23. - CenterPoint Energy (Formerly Houston Ind) (Common Stock) | | | | | | | | | |
| 24. - Fidelity Growth & Income Mutual Fund | | | | | redemption | 11/10 | J | A | |
| 25. - Fidelity Aggressive Growth (Mutual Fund) | | | | | redemption | 11/10 | J | A | |
| 26. - Time Warner (Common Stock) "(X)" | | | | | | | | | |
| 27. - TransAmerica Premier Money Market Fund | | | | | closed | 10/15 | J | A | |
| 28. - Strong 20 Fund (Mutual Fund) | | | | | redemption | 10/15 | J | A | |
| 29. - Legg Mason Value Fund (Mutual Fund) | | | | | redemption | 10/15 | J | A | |
| 30. - Janus Fund (Mutual Fund) | | | | | redemption | 01/18 | J | A | |
| 31. - Janus Mercury Fund (Mutual Fund) | | | | | redemption | 01/18 | J | A | |
| 32. -Janus Global Value Fund | A | | | | redemption | 01/18 | J | A | |
| 33. -Janus Special Situations Fund | A | | | | redemption | 01/18 | J | A | |
| 34. -Janus Core Equity Fund | A | | | | redemption | 01/18 | J | A | |
| 35. - Marsico Focus Mutual Fund | | | | | redemption | 10/15 | J | A | |
| 36. - Microsoft (Common Stock) | | | | | | | | | |

1. Income/Gain Codes:    A - $1,000 or less    B - $1,001-$2,500    C - $2,501-$5,000    D - $5,001-$15,000    E - $15,001-$50,000
(See Columns B1 and D4)    F - $50,001-$100,000    G - $100,001-$1,000,000    H1 - $1,000,001-$5,000,000    H2 - More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N - $250,000-$500,000    O - $500,001-$1,000,000    P1 - $1,000,001-$5,000,000    P2 - $5,000,001-$25,000,000
P3 - $25,000,001-$50,000,000    P4 = $More than $50,000,000
3. Value Method Codes    Q - Appraisal    R - Cost (Real Estate Only)    S - Assessment    T - Cash/Market
(See Column C2)    U - Book Value    V - Other    W - Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Houston, John A | 5/14/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 37. - Leap Wireless Communications (Common Stock) | | | | | | | | | |
| 38. - Home Depot (Common Stock) | | | | | | | | | |
| 39. - Qualcomm (common stock) | | | | | | | | | |
| 40. -Nuveen Limited Term Municipal Bond Fund | A | | | | | | | | |
| 41. Sisters Investing N Securities(SIS)(Investment Club) | B | Dividend | J | T | | | | | |
| 42. - Apple (Common Stock) | | | | | | | | | |
| 43. - Harley Davidson (Common Stock) | | | | | | | | | |
| 44. - Limited, Inc. (Formerly Intimate Brands (Common Stock) | | | | | | | | | |
| 45. - Pepsi Co (Common Stock) | | | | | | | | | |
| 46. - Qualcomm (Common Stock) | | | | | | | | | |
| 47. - Tricon Global (Common Stock) | | | | | | | | | |
| 48. - WalMart Stores (Common Stock) | | | | | | | | | |
| 49. - Leap Wireless (Common Stock)"(X)" | | | | | | | | | |
| 50. - America On Line (Common Stock) | | | | | | | | | |
| 51. - Walt Disney (Common Stock) | | | | | | | | | |
| 52. - Cisco | | | | | | | | | |
| 53. - Microsoft | | | | | | | | | |
| 54. - Putnam Voyager Mutual Fund | | | | | | | | | |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Houston, John A | 5/14/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 55.   - Southwest Airlines | | | | | | | | | |
| 56.   - General Electric | | | | | | | | | |
| 57.   -Phizer, Inc. | | | | | | | | | |
| 58.   -Amylin Pharmaceutical | | | | | | | | | |
| 59.   Phoenix Mutual Funds- Simple-IRA | A | Dividend | J | T | | | | | |
| 60.   - Phoenix Strategic Theme Class B | A | Dividend | J | T | | | | | |
| 61.   - Phoenix Strategic Equity Opportunity, Class B | A | Dividend | J | T | | | | | |
| 62.   - Phoenix Seneca Strategic Theme Class B | A | Dividend | J | T | | | | | |
| 63.   Reynolds Mutual Fund | B | Dividend | J | T | | | | | |
| 64.   Legg Mason Value Focus Mutual Fund | A | Dividend | J | T | | | | | |
| 65.   MSDW Dividend Growth Securities Fund | A | Dividend | J | T | | | | | |
| 66.   MSDW California Tax-Free Income Fund | A | Interest | J | T | | | | | |
| 67.   AIM Advisor Real Estate Fund | A | Dividend | J | T | | | | | |
| 68.   Eaton Vance WW Health Sciences Fund "(X)" | A | Dividend | J | T | | | | | |
| 69.   Eaton Vance Tax Managed Growth Fund "(X)" | A | Dividend | J | T | | | | | |
| 70.   Franklin Calif Trax Free Income Fund "(X)" | A | Interest | J | T | | | | | |
| 71.   MFS MidCap Growth Fund "(X)" | A | Dividend | J | T | | | | | |
| 72.   Putnam Rsearch Fund "(X)" | A | Dividend | J | T | | | | | |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000

2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000

3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Houston, John A | 5/14/2004 |

## VII. INVESTMENTS and TRUSTS  -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 73. Putnam International Voyager Fund "(X)" | A | Dividend | J | T | | | | | |
| 74. Sentinel Small Cap Companies Fund "(X)" | A | Dividend | J | T | | | | | |

1. Income/Gain Codes:      A = $1,000 or less      B = $1,001-$2,500      C = $2,501-$5,000      D = $5,001-$15,000      E = $15,001-$50,000
(See Columns B1 and D4)      F = $50,001-$100,000      G = $100,001-$1,000,000      H1 = $1,000,001-$5,000,000      H2 = More than $5,000,000
2. Value Codes:      J = $15,000 or less      K = $15,001-$50,000      L = $50,001-$100,000      M = $100,001-$250,000
(See Columns C1 and D3)      N = $250,000-$500,000      O = $500,001-$1,000,000      P1 = $1,000,001-$5,000,000      P2 = $5,000,001-$25,000,000
      P3 = $25,000,001-$50,000,000      P4 = $More than $50,000,000
3. Value Method Codes      Q = Appraisal      R = Cost (Real Estate Only)      S = Assessment      T = Cash/Market
(See Column C2)      U = Book Value      V = Other      W = Estimated

## VIII.  ADDITIONAL INFORMATION OR EXPLANATIONS     (Indicate part of Report.)

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature_____          Date  5-14-2004

NOTE: AN INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY
BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544